ACCEPTED
04-15-00271-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/19/2015 3:59:56 PM
KEITH HOTTLE
CLERK

# ELIZABETH CONRY DAVIDSON

## ATTORNEY AT LAW

926 Chulie Drive, San Antonio, Texas 78212
Telephone: (210) 380-4899 •Facsimile: (210) 568-4036
e-mail: conrydavidson@gmail.com

August 19, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/19/2015 3:59:56 PM

KEITH E. HOTTLE
Clerk

Bexar County Probate Court Clerk
ATTN: Dolores R. Zaragoza, Deputy
Bexar County Courthouse
100 Dolorosa
San Antonio, Texas 78205

### SECOND REQUEST FOR PREPARATION OF
### SUPPLEMENTAL CLERK'S RECORD

RE:  *Estate of Johnnie Mae King;* Cause No. 2001-PC-1263, In the Probate Court No. 1 of Bexar County, Texas; on appeal to the Fourth Court of Appeals at San Antonio, Case No. 04-15-00271-CV.

Dear Ms. Zaragoza:

I began reviewing the clerk's record yesterday that you prepared and filed with the court of appeals on June 18, 2010 and realized that the contents of the record are not numbered consecutively in the bottom right hand-corner of each page as required by the Texas Supreme Court. Thus, I am writing to request that you prepare a clerk's record that is numbered consecutively, and do the same for the supplemental clerk's records I have requested. If you have any questions at all, please do not hesitate to contact me.

The opposing party is being notified of this filing by copy of this letter.

Thank you for your courtesies in this regard, and please call me if you have any questions at all.

Sincerely,

/s/Elizabeth Conry Davidson

Elizabeth Conry Davidson

Cc:  Bexar Appraisal District
Karen Evertson
Rowland Martin
Fourth Court of Appeals